UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**ANDREW BARRETT,**

               **Plaintiff,**               Civil Action No. 9:17-CV-0084
                                                                (TJM/DEP)

   v.

**KEVIN BOYER,** *et al.*,

               **Defendants.**

_____

**THOMAS J. McAVOY,**
Senior United States District Judge


# DECISION & ORDER

## I. INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David E. Peebles, Chief United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Peebles's May 17, 2018 Report and Recommendation [dkt. # 28] have been filed, and the time to do so has expired.

## II. DISCUSSION

After examining the record, the Court has determined that the Report and Recommendation is not subject to attack for plain error or manifest injustice.

## III. CONCLUSION

Accordingly, the Court **ACCEPTS and ADOPTS** the Report and Recommendation

1

[dkt. # 28] for the reasons stated therein. Defendants' motion for summary judgment [Dkt. # 17] is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 12, 2018

_____
Thomas J. McAvoy
Senior, U.S. District Judge